AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baer, Janet S. | Bankruptcy Court- Northern District of Illinois | 05/26/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Suite 662, Chicago, IL 60604

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Grantor and Trustee -12/11/2012 to present | Revocable Trust |
| 2. | Grantor and Co-Trustee - 11/26/19 to present | 2019 Family Trust |
| 3. | Successor Trustee-11/26/19 to present | Revocable Living Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/19-12/19 | ComEd - Salary and severance |
| 2. 9/19-12/19 | Illinois Department of Employment Security - Unemployment Compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 2/3/19-2/5/19 | New York, NY | Judge Moot Court Competition | Hotel, Travel, Food |
| 2. | Bankruptcy Association of Southern Illinois | 4/25/19-4/27/19 | St Louis, MO | Speaker at Regional Conference | Hotel, Food |
| 3. | American Bankruptcy Institiute | 6/13/19-6/16/19 | Traverse City, MI | Speaker at Regional Meeting | Hotel, Travel, Food |
| 4. | National Conference of Bankruptcy Judges | 10/29/19-11/2/19 | Washinton, DC | Annual Meeting | Hotel, Travel, Food |
| 5. | American Bankruptcy Institute | 12/5/19-12/8/19 | Los Angeles, CA | Speaker at National Leadership Conference | Hotel, Travel, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Fidelity Municipal (f/k/a/Government) Money Market Fund #1 | A | Interest | | | Merged (with line 4) | 06/25/19 | J | | |
| 2. Fidelity Cash Account (H) | | | | | | | | | |
| 3. -Fidelty Municipal Money Market Fund #2 | A | Interest | | | Merged (with line 4) | 06/25/19 | J | | |
| 4. -Fidelity Government Money Market Fund Cash Equivalent Account | D | Interest | J | T | Sold (part) | 06/25/19 | M | | |
| 5. -Fidelity Money Market Portfolio CL #1 Cash Equivalent Account | A | Interest | N | T | Buy | 11/29/19 | N | | |
| 6. Fidelity Investment Account (H) | | | | | | | | | |
| 7. -Fidelty Asset Mgr 60%, f/k/a Global Balanced Fund | A | Int./Div. | | | Sold | 11/29/19 | L | | |
| 8. -I shares (f/k/a Trust 400 Index) S & P Midcap ETF | A | Int./Div. | | | Sold | 03/05/19 | L | | |
| 9. -I shares (f/k/a/Trust 600 Index) S & P Small Cap ETF | A | Int./Div. | | | Sold | 03/05/19 | L | | |
| 10. -Oakmark Equity & Income Investor Fund #1 | B | Int./Div. | | | Sold | 03/04/19 | M | | |
| 11. -Pimco Investment Grade Corp bond Class D Fund | A | Int./Div. | | | Sold | 11/29/19 | K | | |
| 12. -T Rowe Price International Stock Fund | B | Int./Div. | L | T | | | | | |
| 13. -T Rowe Price Capital Appreciation Fund # 1 | D | Int./Div. | M | T | | | | | |
| 14. -Vanguard Wellington Investor Fund | D | Int./Div. | M | T | | | | | |
| 15. -Fidelity Municipal (f/k/a/Government) Money Market Fund #3 | A | Interest | | | Sold | 06/25/19 | J | | |
| 16. -Fidelity Govt. Cash Reserves | A | Interest | J | T | Sold (part) | 06/25/19 | K | | |
| 17. -Invesco Actively Managed ETF | B | Dividend | | | Sold | 11/25/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ameris Bank Moultrie GA CD | A | Interest | | | Sold | 06/27/19 | M | | |
| 19. -BOFI Fed Bank San Diego CA CD | A | Interest | | | Sold | 06/28/19 | M | | |
| 20. -Centerstate Bank FL Wintergaven CD | A | Interest | | | Sold | 06/10/19 | L | | |
| 21. -Home State Bank Jefferson Iowa CD | A | Interest | | | Sold | 06/10/19 | M | | |
| 22. -Fidelity Emerging Markets | A | Dividend | K | T | Buy | 11/29/19 | K | | |
| 23. -Fidelity International Index Fund | A | Dividend | K | T | Buy | 11/29/19 | K | | |
| 24. -Fidelity 500 Index Fund | A | Dividend | M | T | Buy (add'l) | 11/20/19 | M | | |
| 25. -Fidelity Emerging Markerts Index Fund | A | Dividend | J | T | Buy | 11/29/19 | J | | |
| 26. -Fidelity Gowth Company | A | Dividend | J | T | Buy | 11/29/19 | J | | |
| 27. -Fidelity Select Natural Resources | A | Dividend | J | T | Buy | 11/29/19 | J | | |
| 28. -Fidelity SAI Tax Free Bond Fund | A | Dividend | M | T | Buy | 11/29/19 | M | | |
| 29. -Oakmark Intl Investor CL | A | Dividend | K | T | Buy (add'l) | 11/20/19 | K | | |
| 30. -I Share Core S & P Mid Cap ETF | A | Dividend | K | T | Buy | 12/02/19 | K | | |
| 31. -I Shares Core S & P Small Cap E | A | Dividend | J | T | Buy | 12/02/19 | J | | |
| 32. -I Shares Core U.S. Aggregate US Bond ETF | D | Dividend | | | Sold | 12/02/19 | M | | |
| 33. Fidelity IRA (H) | | | | | | | | | |
| 34. -Fidelity Govn. Cash Reserves | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -I Share Core U.S. Aggregate Bond Fund ETF | D | Dividend | M | T | Buy | 03/08/19 | M | | |
| 36.   -Powershares DB Commodity Index Traskcing FD Unit Ben Int. | A | Dividend | | | Sold | 03/05/19 | M | | |
| 37.   Inherited IRA (H) | | | | | | | | | |
| 38.   -Wellington Fund Admiral | B | Dividend | L | T | | | | | |
| 39.   I Shares National Muni Bond ETF | A | Dividend | | | Sold | 01/31/19 | J | | |
| 40.   Vanguard/Schwab Rollover IRA (H) | | | | | | | | | |
| 41.   -Vanguard Developed Markets Index Fund Admiral | B | Dividend | L | T | | | | | |
| 42.   -Vanguard Emerging Markets Stock Index Fund Adm | B | Dividend | L | T | | | | | |
| 43.   -Vanguard Growth Index Fund Adm. | A | Dividend | | | Sold | 03/01/19 | K | | |
| 44.   -Vanguard Inflation Protect Sec Adm Fund | A | Dividend | M | T | | | | | |
| 45.   -Vanguard Long Term Investment Growth Fund Adm | A | Dividend | K | T | | | | | |
| 46.   -Vanguard Mid Cap Value Index Fund Adm | B | Dividend | L | T | | | | | |
| 47.   -Vanguard Global Cycles Investor f/k/a Precious Metals & Mining Fund | A | Dividend | K | T | | | | | |
| 48.   -Vanguard Prime Money Market Fund | A | Interest | | | Sold | 11/29/19 | J | | |
| 49.   -Vanguard REIT Index Fund Adm | B | Dividend | L | T | | | | | |
| 50.   -Vanguard Wellington Fund Admiral | D | Dividend | N | T | | | | | |
| 51.   -Vanguard Equity Income Fund Adm. | A | Dividend | | | Sold | 03/05/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Vanguard Global Ex US Real Estate Index FD ETF | A | Dividend | L | T | | | | | |
| 53. -Vanguard FTSE Developed MRKTS ETF | A | Dividend | L | T | | | | | |
| 54. -Vanguard S & P 500 Index ETF | A | Dividend | | | Sold | 03/05/19 | L | | |
| 55. -Vanguard Short Term Bond ETF | B | Dividend | M | T | | | | | |
| 56. -Vanguard Small Cap ETF | A | Dividend | L | T | | | | | |
| 57. -Vanguard Total Bond Market ETF | D | Dividend | O | T | Buy | 03/05/19 | M | | |
| 58. -Vanguard Fed Money Market Fund | A | Interest | | | Sold | 11/29/19 | J | | |
| 59. Allianz Inherited Fixed Rate Annuity | A | Dividend | J | T | Distributed (part) | 04/30/19 | J | | |
| 60. Roth IRA (H) | | | | | | | | | |
| 61. -Core Wells Fargo Cash Account | A | Interest | | | Sold | 11/25/19 | J | | |
| 62. -Fidelity Real Estete Investment Fund | C | Dividend | | | Sold | 11/22/19 | K | | |
| 63. -Fidelity Asset Manager 60% f/k/a Global Balanced Fund | D | Dividend | | | Sold | 11/22/19 | K | | |
| 64. -Driehaus Emergening Markets Fund | D | Dividend | | | Sold | 11/22/19 | K | | |
| 65. -I Shares Core S & P Mid Cap ETF | B | Dividend | | | Sold | 11/25/19 | J | | |
| 66. -I Shares Core Total US Stock f/k/a/ S & P Small Cap ETF | C | Dividend | | | Sold | 11/25/19 | J | | |
| 67. -I Shares MSCI ETF | A | Dividend | | | Sold | 11/25/19 | L | | |
| 68. -Fidelity Total Market Index Fund | A | Dividend | J | T | Buy | 11/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity SAI Inflation Focused FD | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 70. -Strategic Advisers FID Emerging Markets | A | Dividend | K | T | Buy | 11/22/19 | K | | |
| 71. -Strategic Advisers FID US Total Stock | C | Dividend | M | T | Buy | 11/22/19 | K | | |
| 72. -Strategoc Advosprs Fidelity Intl Fund | B | Dividend | L | T | Buy | 11/22/19 | L | | |
| 73. -Fidelity SAI International Index | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 74. -Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 75. -Fidelity Captial & Income | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 76. -Strategic Advisers Fidelity Core Income | A | Dividend | J | T | Buy | 11/22/19 | K | | |
| 77. -Federal Govt. Cash Reserves | A | Interest | J | T | Buy | 11/22/19 | J | | |
| 78. Joint RE Account (H) | | | | | | | | | |
| 79. -Fidelity Govt. Money Market | A | Interest | J | T | Open | 10/01/19 | J | | |
| 80. -FIMM Monwy Market Portfolio CL | A | Interest | J | T | Open | 10/01/19 | J | | |
| 81. Joint Reg Account (H) | | | | | | | | | |
| 82. -FDIC Insured Deposit Goldman Sachs Bank | A | Interest | K | T | Open | 09/12/19 | K | | |
| 83. -FIMM Money Market Portfolio CL | A | Interest | J | T | Open | 09/12/19 | J | | |
| 84. Joint Chase Passbook Account | A | Interest | J | T | Open | 08/01/19 | J | | |
| 85. G Fidelity IRA (H)(X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  -Strategic Advisers Core Fund (X) | D | Dividend | M | T | | | | | |
| 87.  -Strategic Advisers Growth Fund (X) | D | Dividend | L | T | | | | | |
| 88.  -Strategic Advisers Value Fund (X) | D | Dividend | L | T | | | | | |
| 89.  -Strategic Advisers Emerging Markets (X) | A | Dividend | K | T | | | | | |
| 90.  -Strategic Advisers Small-Mid Cap Fund (X) | B | Dividend | L | T | | | | | |
| 91.  -Strategic Advisers International Fund (X) | C | Dividend | M | T | | | | | |
| 92.  -Fidelity SAI US Large Cap Index (X) | A | Dividend | K | T | | | | | |
| 93.  -Fidelity SAI International Index (X) | A | Dividend | J | T | | | | | |
| 94.  -Fidelity SAI Emerging Markets Index (X) | A | Dividend | J | T | | | | | |
| 95.  -AQR Managed Futures Fund CL N (X) | A | Dividend | J | T | | | | | |
| 96.  -Strategic Advisers Short Duration Fund (X) | A | Dividend | K | T | | | | | |
| 97.  -Strategic Advisers Income Opportunities (X) | A | Dividend | J | T | | | | | |
| 98.  -Strategic Advisers Core Income Fund (X) | D | Dividend | N | T | | | | | |
| 99.  -Eaton Vance GL Macro Absolute Return Advt A (X) | A | Dividend | J | T | | | | | |
| 100.  -Pimco Commodity Real Return Inst (X) | A | Dividend | J | T | | | | | |
| 101.  -FIMM Government Portfolio Instl CL(X) | A | Interest | J | T | | | | | |
| 102.  G Fidelity Cash Account (H) (X) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -FDIC Insured Deposit at HSBC Bank (X) | A | Interest | J | T | | | | | |
| 104.  -FMMM Money Market Potfolio CL (X) | A | Interest | M | T | | | | | |
| 105.  G Fidelity Roth IRA (H) (X) | | | | | | | | | |
| 106.  -Fidelity Total Market Index Fund (X) | A | Dividend | J | T | | | | | |
| 107.  -Fidelioty SAI Inflation Focused FD (X) | A | Dividend | J | T | | | | | |
| 108.  -Strategic Advisers FID Emerging Markets (X) | A | Dividend | J | T | | | | | |
| 109.  -Strategic Advisers FID US Total Stock (X) | A | Dividend | K | T | | | | | |
| 110.  -Strategic Advisers Fidelity Intl Fund (X) | A | Dividend | J | T | | | | | |
| 111.  -Fidelity SAI International Index (X) | A | Dividend | J | T | | | | | |
| 112.  -Fidelity SAI Emerging Markets Index (X) | A | Dividend | J | T | | | | | |
| 113.  -Fidelity Capital & Income (X) | A | Dividend | J | T | | | | | |
| 114.  -Strategic Advisers Fidelity Core Income (X) | A | Dividend | J | T | | | | | |
| 115.  G Fidelity Investment Account (H)(X) | | | | | | | | | |
| 116.  -Fidelity Advisor Intl Growth CL Z (X) | A | Dividend | J | T | | | | | |
| 117.  -Fidelity Growth Company (X) | A | Dividend | J | T | | | | | |
| 118.  -Fidelity Value Discovery (X) | A | Dividend | J | T | | | | | |
| 119.  -Aberdeen Emerging Markets FD Instl SV CL (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -LSV Value Equity Fund Investor (X) | A | Dividend | J | T | | | | | |
| 121. -Invesco Oppenheimer Intl Growth R6 (X) | A | Dividend | J | T | | | | | |
| 122. -Causeway Emerging Mrkts FD Inv CL (X) | A | Dividend | J | T | | | | | |
| 123. -Dodge & Cox International Stock Fund (X) | A | Dividend | J | T | | | | | |
| 124. -JP Morgan Mid Cap Value Fund Class I (X) | A | Dividend | J | T | | | | | |
| 125. -Oakmark Fund Investor Class (X) | A | Dividend | J | T | | | | | |
| 126. -Janus Henderson Enterprise T (X) | A | Dividend | J | T | | | | | |
| 127. -Loomis Sayles Growth Cl A (X) | A | Dividend | J | T | | | | | |
| 128. -MFS Internatinal Intrinsic Value CL A (X) | A | Dividend | J | T | | | | | |
| 129. -T Rowe Price International Discovery Fund I CL (X) | A | Dividend | J | T | | | | | |
| 130. -T Rowe Price Emerging Markets Stock Fund I (X) | A | Dividend | J | T | | | | | |
| 131. -Transamerica Intl. Equity CL I (X) | A | Dividend | J | T | | | | | |
| 132. -Fidelity Tax Free Bond (X) | A | Dividend | K | T | | | | | |
| 133. -Stragegic Adv Tax Sensitive Short Dura (X) | A | Dividend | J | T | | | | | |
| 134. -Blackrock National Muni Fund CL A (X) | A | Dividend | K | T | | | | | |
| 135. -Western Asset Managed Muni CL A (X) | A | Dividend | K | T | | | | | |
| 136. -MFS Municipal Income Class A (X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Mainstay Mackay High Yield Muni Bd CL A (X) | A | Dividend | J | T | | | | | |
| 138. -Wells Fargo Muni Bond FD-Admin CL X) | A | Dividend | J | T | | | | | |
| 139. -Fideility Government Cash Reserves(X) | A | Interest | J | T | | | | | |
| 140. -Flexshares Trust Morningstar Global (X) | A | Dividend | J | T | | | | | |
| 141. -Ishares S&P 500 Growth ETF (X) | A | Dividend | J | T | | | | | |
| 142. -Ishares MSCI EAFE ETF (X) | A | Dividend | J | T | | | | | |
| 143. -Ishares Russell 1000 ETF (X) | A | Dividend | K | T | | | | | |
| 144. -Isharaes Edge MSCI USA Momentum (X) | A | Dividend | J | T | | | | | |
| 145. -Ishares Trust Core MSCI EAFE ETF (X) | A | Dividend | J | T | | | | | |
| 146. -Ishares Inc Core MSCI Emerging Markets (X) | A | Dividend | J | T | | | | | |
| 147. -Vanguard Index FDS Vanguard Small Cap (X) | A | Dividend | J | T | | | | | |
| 148. -Vanguard Index FDS Vanguard Large Cap (X) | A | Dividend | J | T | | | | | |
| 149. -Ishares TR US Treas BD ETF (X) | A | Dividend | J | T | | | | | |
| 150. -BP PLC Sponsored ADR (X) | A | Dividend | J | T | | | | | |
| 151. G Fidelity Z Cash Account (H) (X) | | | | | | | | | |
| 152. -FDIC Insuredd Deposit at Wells Fargo Bk (X) | A | Interest | J | T | | | | | |
| 153. -FIMM Money Market Portfolio CL I (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Baer, Janet S. | 05/26/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  G Fidelity Deferred Annuity (H)(X) | | | | | | | | | |
| 155.  -Fidelity VIP Balanced (X) | D | Dividend | K | T | | | | | |
| 156.  G Schwab Investment Account (H)(X) | | | | | | | | | |
| 157.  -Schwab Bank Savings Sweep (X) | A | Interest | J | T | | | | | |
| 158.  -Charles Schwab US Reit (X) | A | Dividend | J | T | | | | | |
| 159.  -Ishares Broad USD HG Yld (X) | A | Dividend | J | T | | | | | |
| 160.  -Ishares Gold ETF (X) | A | Dividend | J | T | | | | | |
| 161.  -Schwab Emerging Markets (X) | A | Dividend | J | T | | | | | |
| 162.  -Schwab Funda Emg Mkts (X) | A | Dividend | J | T | | | | | |
| 163.  -Vanguard Glbal Ex US (X) | A | Dividend | J | T | | | | | |
| 164.  -Vanguard Muni Bnd Tax (X) | A | Dividend | J | T | | | | | |
| 165.  -XTrackers USD High Yld (X) | A | Dividend | J | T | | | | | |
| 166.  G Exelon Stock (X) | A | Dividend | J | T | | | | | |
| 167.  G Alliant CD (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baer, Janet S.** | 05/26/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet S. Baer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544